UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTEBAN LUCIO,<br>     #81601<br><br>          Plaintiff,<br><br>vs.<br><br>MONTE HANSEN, *et al.*,<br><br>          Defendants. | 3:11-cv-00040-HDM-RAM<br><br>**ORDER** |

A prisoner filed this civil action in the Seventh Judicial District Court of the State of Nevada, and defendants removed on the basis that the complaint alleges a cause of action pursuant to 42 U.S.C. § 1983 (docket #1). Plaintiff has filed a motion to amend his complaint to omit any reference to § 1983 and to remand to state court (docket #6).

Plaintiff, who is incarcerated at Southern Desert Correctional Center, has sued the Nevada Department of Corrections, its Director Howard Skolnik, and a correctional officer. Plaintiff styles his complaint as a tort action. He alleges that the officer was negligent when he was transporting plaintiff by van and struck a deer, demolishing the vehicle and injuring plaintiff's shoulder. Plaintiff does not allege any federal claims, though he does state that the complaint is brought pursuant to 42 U.S.C. § 1983.

However, on March 3, 2011, plaintiff filed a motion to amend his complaint to "remove 42 U.S.C. § 1983" (docket #6) and to remand the action to state court. Defendants filed a response indicating that they take no position on plaintiff's motion (docket #7).

**IT IS THEREFORE ORDERED** that the Clerk shall **FILE** the complaint (docket #1-2).

**IT IS FURTHER ORDERED** that plaintiff's motion to amend is **GRANTED** and any claim asserted under 42 U.S.C. § 1983 is dismissed.

IT IS FURTHER ORDERED that plaintiff's motion to remand (docket #6) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Seventh Judicial District Court of the State of Nevada, in and for Lincoln County. The Clerk of Court shall mail a certified copy of this Order to the Seventh Judicial District Court in Lincoln County.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 6th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE