AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

ESTEBAN LUCIO #81601,

       Plaintiff,          JUDGMENT IN A CIVIL CASE
   V.

                            CASE NUMBER: **3:11-CV-00040-HDM-RAM**

MONTE HANSEN, et al.,

       Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's motion to amend is **GRANTED** and any claim asserted under 42 U.S.C. § 1983 is dismissed. FURTHER ORDERED that plaintiff's motion to remand (docket #6) is **GRANTED**.

   April 6, 2011                                         **LANCE S. WILSON**
     Date                                                                 Clerk

                                                                       /s/    M. Campbell
                                                                             Deputy Clerk